89664

1086426

## Application to Practice
## United States District Court for the Southern District of Texas

JUN 0 2 2011

1. Name: John W. Houghtaling, II          Birth Date: 3/20/71

2. Home address: 420-22 Common Street, New Orleans, LA 70130

3. Telephone: (504) 456-8649

4. Firm name: Gauthier, Houghtaling & Williams, LLP

5. Firm address: 3500 North Hullen Street, Metairie, LA 70002

6. Identify a state bar of which you are admitted.
   Louisiana                              Number: 25099

7. Identify a United States District Court bar of which you are a member.
   District: Eastern District of Louisiana    Number: 25099

8. Please list certifications: _____

9. Have you ever been the subject of discipline by a court or bar? ☑ Yes ☐ No
   If yes, please attach a description and a copy of the final disposition.

10. Attach a copy of any conviction of a misdemeanor involving moral turpitude or any felony.

11. If you responded to item nine or ten, attach all information you feel would assist the court in determining your fitness to practice law in this district.

12. List two members of this court's bar who will state that (a) they are not related to you; (b) they have known you for at least twelve months or otherwise know you well; (c) they have read this application; and (d) they believe your legal competence and character to be good.
    A. Reference's name, office address, state bar number and telephone number:
       Edward F. Downing, III, 3500 North Hullen Street, Metairie, LA 70002; 504-456-8636
    B. Reference's name, office address, state bar number and telephone number:
       Patrick McGinnis, 2323 S.Shepherd Dr,Ste.1002,Houston,TX 77019;713-334-1614

Subscribed under penalty for perjury.

Applicant _____
Date 4/18/11

COURT USE ONLY: The state bar reports that the applicant's status is: Active
Dated: 6/2/11       Signed: _____
                              Deputy Clerk



25099

JOHN WILLIAM HOUGHTALING II

AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

Eastern _____ **DISTRICT OF** _____ Louisiana

**CERTIFICATE OF
GOOD STANDING**

I, _____ Loretta G. Whyte _____ , *Clerk of this Court,*

*certify that* _____ JOHN WILLIAM HOUGHTALING II _____ , *Bar #* _____ 25099 _____ ,

*was duly admitted to practice in this Court on*

_____ 4/1/1998 _____ , *and is in good standing*
DATE

*as a member of the Bar of this Court.*

*Dated at* _____ New Orleans, Louisiana _____ *on* _____ 03/23/2011 _____ .
LOCATION                                                                                        DATE

Loretta G. Whyte
CLERK

DEPUTY CLERK

Addendum

Application to Practice
United State District Court for the Southern District of Texas

11. Complaint filed with the Louisiana Attorney Disciplinary Board by Reneia L. Hernandez on 10/10/07 against myself and several attorneys in my firm. My firm filed suit on client's behalf for Hurricane Katrina case. Client filed a disciplinary complaint because she did not want to pay attorneys fees. *Disciplinary proceedings were closed without finding fault or misconduct.* However, a concursus proceeding disputing an attorney fee exists.

Complaint filed with the Louisiana Attorney Disciplinary Board by Omar Hamden on 11/20/08 against myself and my client, Wolf. Hamden was a defendant in a matter filed on behalf of Wolf regarding a contract dispute. Hamden sent an agent to threaten me physically. Subsequently, my firm filed a motion for a restraining order. Hamden filed a disciplinary complaint claiming I should not have filed a protective order. The *Disciplinary Board concluded on 8/3/09 that there was no evidence of wrongdoing on part of myself.*

# Admissions Exception for Judge's Review

Lawyer: **John W. Houghtaling II**

☐ Requests waiver of admissions workshop.

☐ Requests renewal of membership despite gap.
Membership expired: _____.

**X Discloses disciplinary action.**

☐ References are non-members.

Judge's Reply:

☒ Admitted

☐ Refer to Admissions Committee

Remarks:
_____

_____

Date: _____May 11_____, 2011.

_____
United States District Judge

John W. Houghtaling II
Gauthier Houghtaling & Williams LLP
3500 North Hullen St.
Metairie, LA  70002

# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
P.O. BOX 61010
HOUSTON, TEXAS 77208

**DAVID J. BRADLEY**
CLERK OF COURT

ww.txs.uscourts.gov
713-250-5041

June 2, 2011

John W. Houghtaling II
Gauthier Houghtaling & Williams LLP
3500 North Hullen St.
Metairie, LA 70002

RE: Oath and Order for admission to the Southern District of Texas

Dear Federal Bar Applicant:

Enclosed is an OATH and the ORDER for the proper administration of the same. Please make arrangements with the U.S. Clerk in your district of residence to have the OATH administered.

Once the OATH has been properly administered, please return the original to this office no later than **30 days** of receipt of this notice. Upon receipt of the executed OATH, you will be issued a certificate on which will be your Federal I.D. number for the Southern District of Texas.

If you desire further information, please call 713-250-5041.

Sincerely,

DAVID J. BRADLEY, Clerk


by: B. Daniel, Deputy Clerk

enclosures