## UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

CLERK OF COURT

www.txs.uscourts.gov
(713) 250-5500

October 6, 2011

John W. Houghtaling, II
Gauthier, Houghtaling & Williams, LLP
3500 North Hullen St.
Metairie, LA 70002

Dear Applicant:

A review of our files shows that we have not received your executed Oath of Admission or that you have not appeared as notified to be sworn into the Bar of the Southern District of Texas. If we do not receive an executed Oath of Admission or if you do not appear to be sworn by November 6, 2011, your application to practice in the Southern District of Texas will be forfeited.

Until receipt of such Oath, you are not a member of the Southern District of Texas. If you have any cases pending before these courts, you must file the appropriate paperwork. If your application is forfeited, you must reapply and submit another filing fee of $150.00 in order to be admitted to the Southern District of Texas.

If you have any questions, please contact Cassandra Sonnier at 713-250-5138.

Sincerely,

David J. Bradley, Clerk

By: *Cassandra Sonnier*
Cassandra Sonnier
Deputy Clerk

Enclosures

# United States District Court
# Southern District of Texas

The Admission of:

John W. Houghtaling, II
Gauthier, Houghtaling & Williams, LLP
3500 North Hullen St.
Metairie, LA 70002

## Order for Oath

On the request of counsel, the oath for admission to practice in the Southern District of Texas may be administered before any judicial officer of the United States. The applicant will return the oath to the District Clerk in Houston.

Signed October 6, 2011, at Houston Texas.

Lynn N. Hughes
United States District Judge

# United States District Court
# Southern District of Texas

John W. Houghtaling, II
Gauthier, Houghtaling & Williams, LLP
3500 North Hullen St.
Metairie, LA 70002

## Oath

I do solemnly swear that I will discharge the duties of an attorney and counselor of this Court faithfully, that I demean myself uprightly under the law and the highest ethics of our profession, and that I will support and defend the Constitution of the United States.

Dated _____, 20____.


_____
Signed

_____
Printed Name


_____
United States District Judge

_____ District of _____